UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY JOSEPH HASE,

    Defendants.
_____/

Case No. 2:13-cr-05

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 4, 2013, for arraignment on an indictment charging Assault with a Dangerous Weapon and Domestic Assault - Habitual Offender. The government requested the defendant be detained pending further proceedings, which was supported by a recommendation from pretrial services. The court indicated the defendant was not eligible for release as he is currently in the custody of the State of Michigan. Defendant will reserve the to request a detention hearing at a later date should his status change and shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: October 18, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge